# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3473
_____

CLARENCE TELFAIR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

April 17, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and MAKAR and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Clarence Telfair, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.